No. 13, Misc.  BOSALAVICH  v.  RAGEN,  WARDEN.
Certiorari denied.

No. 14, Misc.  COURTWRIGHT  v.  RAGEN,  WARDEN.
Certiorari denied.

No. 15, Misc.  PROUTY  v.  NEW YORK.
Certiorari denied.  Petitioner *pro se.*  *Walter A. Fullerton* for respondent.

No. 16, Misc.  HOLLAND  v.  RAGEN,  WARDEN.
Certiorari denied.

No. 18, Misc.  STARYAK  v.  ILLINOIS.
Certiorari denied.

No. 19, Misc.  BUTLER  v.  BUSH,  WARDEN.
Certiorari denied.

No. 20, Misc.  THOMPSON  v.  NIERSTHEIMER,  WARDEN.
Certiorari denied.

No. 21, Misc.  SHIFLETT  v.  WELCH,  SUPERINTENDENT.
Certiorari denied.  Petitioner *pro se.*  *Solicitor General Perlman, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 22, Misc.  LOWE  v.  UNITED STATES.
Certiorari denied.  Petitioner *pro se.*  *Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 23, Misc.  GEDDES  v.  ILLINOIS.
Certiorari denied.